## Hal F. Greef, Appellee, v. Midland Lumber Company, Appellant.

Gen. No. 10,212.

262

opinion filed March 9, 1948; rehearing de-
nied May 4, 1948; released for publication May 5, 1948. Clyde E.
Mitchell, for appellant; Hollerich & Hurley, for appellee. Opinion by
JUSTICE BRISTOW. **Not to be published in full.**

